**12 CV 04166**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Timothy John Kennedy
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York, John Does 1, 2, 3, 4, 5, 6, 7 and Jane Doe
_____
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☒ Yes    ☐ No
(check one)

RECEIVED
MAY 24 2012
PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Timothy John Kennedy
             Street Address  230 West 82nd Street, Apt 1D
             County, City  New York
             State & Zip Code  New York, 10024
             Telephone Number  (212) 787 1638

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  The City of New York
                   Street Address  100 Church Street

*Rev. 05/2010*

      County, City **New York**
      State & Zip Code **New York, 10007**
      Telephone Number **N/A**

Defendant No. 2   Name **Police officers, John Does 1, 2, 3, 4, 5, 6 and 7**
      Street Address **20th Precinct, 120 West 82nd Street/Police Department**
      County, City **New York**
      State & Zip Code **New York, 0024**
      Telephone Number **(212) 580-6411**

Defendant No. 3   Name **Jean Doe**
      Street Address **Unknown**
      County, City **Unknown**
      State & Zip Code **Unknown**
      Telephone Number **Unknown**

Defendant No. 4   Name **N/A**
      Street Address **N/A**
      County, City **N/A**
      State & Zip Code **N/A**
      Telephone Number **N/A**

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

 ☒ Federal Questions     ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Jurisdiction is proper in this District pursuant to 28 U.S.C. Section 1331 in that action arises under the Constitution of the United States and law of the United States, among of them 42 U.S.C section 1983**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

 Plaintiff(s) state(s) of citizenship **N/A**
 Defendant(s) state(s) of citizenship **N/A**
 **N/A**

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? West 82nd Street between Broadway and Amsterdam near to my apartment building and the 20th Precinct.

B. What date and approximate time did the events giving rise to your claim(s) occur? On or about February 26, 2011 at 7:30 PM

C. Facts: See Attachment

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required, and received. Contusions on the right side head and face and in the neck. The skin of the chest was abraded at the area of the sternum. Timothy remained in coma for two or three days. Since the incident, Timothy have problem in his back, neck and shoulder. Timothy also suffered from post-tramautic stress disorder. Timothy's has also a problem with his right eye, floaters in the eye. Emotional and psychological injuries as a result of the incident. Timothy has a weekly acupuncture at Saint Luke's Hospital. Timothy has seen the ophthalmologist for his eye injury.

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

a. Compensatory damages
b. Punitive damages
c. Cost of suit and attorneys fees pursuant 42 U.S.C. Section 1988
d. Such other relief as the court deem just and proper

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 23rd day of May, 2012.

Signature of Plaintiff _[signature]_

Mailing Address  236 W. 82nd St. 1-D
New York, N.Y. 10024

Telephone Number  (212) 787-1638

Fax Number *(if you have one)* _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

**FACTUAL ALLEGATIONS**

1. Plaintiff, Timothy was coming out from his apartment when he was attacked from behind by two police officers, John Doe 1 and John Doe 2. Upon information and belief, both police officers were wearing plain clothes. Upon information and belief one the Police officer's name was Domme and badge number was either 2320 or 2420. Timothy does not remember the other police officer's name or number.

2. Timothy only heard a voice that said, "I got him." Then he was knocked to the ground while bashing his head against sidewalk. Timothy only could see his blood on the sidewalk.

3. Timothy was screaming asking help and never resisted. Upon information and belief, someone called 911. Timothy heard that one of the Police Officers, John Doe 1, said, "If I want to kill you, I can kill you."

4. The same officer, John Doe 1, took all the things from Timothy's pocket and grabbed his crotch. As Timothy protested about being sexually assaulted, the police officer grabbed his crotch again.

5. Timothy was placed in the back seat of a car, upon information and belief a black sedan. Upon information and belief, the car was not a police patrol.

6. Timothy does not know how long stayed in the car because he blacked out.

7. Upon information and belief, Timothy was taken to the 20th precinct. There Timothy felt that a Sergeant, John Doe 3, was digging something in his chest saying, "Talk to me Mr. Kennedy. If you don't talk to me, I am going to keep doing this all night."

8. Upon information and belief, Timothy was held in the 20th precinct for an hour and 20 minutes before he was taken to the hospital.

9. Endangering his life, Timothy was taken to Saint Luke's Hospital instead of Roosevelt Hospital which is closer to the place of the incident and/or 20th Precinct.

10. Timothy was on a respirator and remained shackled left wrist and left ankle. Timothy had intravenous tubes, a catheter and a breathing tube attached to a respirator.

11. Later in the hospital, Timothy also noticed that skin that covered the chest at the area of the sternum was abraded away and a scab was formed over the wounded tissue.

12. While Timothy was in the hospital, a police officer, John Doe 4, ordered a nurse to remove a bandage to protect raw skin from the friction with the shackle. The police officers came twice to take Timothy's fingerprints. Twice investigators from internal affairs came to ask questions but Timothy remained silent.

13. Timothy was discharged on or about Thursday afternoon, March 3rd, 2012. On that day, two police officers, John Doe 5 and John Doe 6 came to pick up Timothy. The discharging nurse handed to Timothy some medical information but one of the police officer, John Doe 5, grabbed the paper work and read it. Indeed, John Doe 5 and John Doe 6 discussed the medical information and one of them came and asked Timothy whether he had HIV. While John Doe 5 and John 6 were discussing Timothy's medical information,

John Doe 5 and John 6 laughed. This situation caused Timothy a lot of distress without even considering Timothy's health fragility upon being released.

14. During Timothy's discharge, the hospital staff handed Timothy's clothes that were shredded.

15. After that, Timothy was taken to 20th precinct and held for 3 hours in a cell, waiting for the arresting officers. Timothy was not allowed to call his lawyer.

16. Officer Domme, John Doe 1, arrived later on and processed Timothy. Timothy was not allowed to wear his jacket and Police officer, John Doe 1, made him stand outside for 10 or 15 minutes in a temperature below freezing. This was done with the sole purpose to cause distress but it also endangered Timothy's health.

17. Timothy was told neither the crime that was charged nor his rights.

18. Only by Thursday 3rd night, Timothy was taken to his arraignment. Timothy spent approximately 5 days under arrest without having access to the judge.

19. After his release, Timothy tried to retrieve his property and found that an antique gold eye-glass was missing. Timothy tried to file a grand larceny report for the missing property but the police officer, John Doe 7, refused to file a police report for that. The antique gold eye-glass was valued at $5,500.

20. At the moment, Timothy is still facing criminal procedures accused of slashing the tire of privately owned vehicle. This is based on an independent witness, a woman, Jane Doe.

21. Upon information, both Timothy's family members and hospital staff were falsely told that Mr. Kennedy had been "caught in the act of slashing police tires."

22. First cause of action false arrest and imprisonment

23. Second cause of action malicious prosecution

24. Third cause of action Failure to instruct, supervise and control directed against the City of New York cognizable under Monnell and 42 U.S.C Section 1983

25. Fourth cause of action Intentional Infliction of Emotional Distress

26. Fifth cause of action False arrest and imprisonment under 42 U.S.C. Section 1983

27. Sixth cause of action Malicious Prosecution under 42 U.S.C Section 1983.

28. Seventh cause of action Excessive Use of Force under 42 U.S. C. Section 1983.

29. Eighth cause of action Illegal search and seizure under 42 U.S.C. Section 1983.

30. Ninth cause of action Battery

31. Tenth cause of action Assault

32. Eleventh cause of action Defamation.

New York, NY
May 23, 2012

Timothy J. Kennedy
230 West 82nd Street
New York, NY  10024