UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Timothy John Kennedy
_____

12cv04166

(In the space above enter the full name(s) of the plaintiff(s).)

Ammended
COMPLAINT

-against-

P.O. Christopher Noto badge # 11724
P.O. Longo, badge # unknown
P.O. Domme, badge # unknown
The City of New York, John Does 1,2,3,
4,5, and Jane Doe
Francesca Zambello
Judge Thomas Farber
District Attorney Kevin Rooney
Assistant District Attorney Chinnea (sp?) Urme

Jury Trial: ☑ Yes   ☐ No
(check one)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/13

RECEIVED
NOV 27 2013
PRO SE OFFICE

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.  Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Timothy John Kennedy
             Street Address  230 W. 82nd St. Apt 1-D
             County, City  New York
             State & Zip Code  New York, 10024
             Telephone Number  (212) 787-1638

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  The City of New York
                   Street Address  100 Church Street

Rev. 05/2010

County, City **New York**
State & Zip Code **New York, 10007**
Telephone Number **NA**

Defendant No. 2    Name **Police officers, John Does 1, 2, 3, 4, 5, and Jane Doe**
Street Address **20th Precinct 120 West 82nd Street / Police Department**
County, City **New York**
State & Zip Code **New York 10024**
Telephone Number **(212) 580-6411**

Defendant No. 3    Name **Francesca Zambello**
Street Address **unknown**
County, City **unknown**
State & Zip Code **unknown**
Telephone Number **unknown**

Defendant No. 4    Name **P.O. Christopher Noto, badge # 11724**
Street Address **20th precinct, 120 west 82nd Street / Police Department**
County, City **New York**
State & Zip Code **New York 10024**
Telephone Number **(212) 580-6411**

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions    ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Jurisdiction is proper in this district pursuant to 28 U.S.C. Section 1331 in that action arises under the Constitution of the United States and law of the United States, among them 42 U.S.C. Section 1983**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **NA**
Defendant(s) state(s) of citizenship **NA**
**NA**

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? West 82nd Street between Broadway and Amsterdam, near my apartment and the 20th precinct.

B. What date and approximate time did the events giving rise to your claim(s) occur? On or about February 26, 2011, at 7:30 pm.

**What happened to you?**

C. Facts: On February 26, 2011 at 7:30 p.m. I was attacked from behind by N.Y.P.D officers Noto and Longo. I was assaulted, my face bashed into the sidewalk, sexually molested twice, robbed of a gold eyeglass, kidnapped, tortured in the 20th precinct.

**Who did what?**

Upon information and belief, PO Christopher Noto badge # 11724 did rob and assault, and sexually molest me. I was later tortured by someone claiming to be a sergeant at the 20th precinct

**Was anyone else involved?**

not known

**Who else saw what happened?**

Upon information and belief, 4 witnesses made 911 calls during the attack

See attached - Factual Allegations

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Contusions on the right side head and face and neck. Herniated disc in neck. Skin of the chest abraded in the area of the sternum. Timothy remained in a coma for 2 or 3 days. Since the incident, Timothy has pain in his back, neck, and shoulder. Timothy also suffers from post traumatic stress disorder. Timothy also has floaters in the right eye resultant from trauma to the area. Emotional and psychological injuries as a result of the incident. Timothy has weekly acupuncture at Saint Luke's Hospital. Timothy has seen the opthamologist for his eye injury.

Rev. 05/2010

FACTUAL ALLEGATIONS

1. Plaintiff, Timothy was walking out of his apartment when he was attacked from behind by two police officers, Christopher Noto, badge number 11724, And police officer Longo, badge number unknown. Upon information and belief, both police officers were wearing plain clothes.

2. Timothy heard a voice say "We got him." He was then attacked from behind, knocked to the ground, and his face was repeatedly bashed into the sidewalk Timothy could see his blood on the sidewalk.

3. Timothy was screaming for help and never resisted. Upon information and belief,

    someone called 911. Timothy heard one of the attacking police officers say" If

    I want to kill you, I can kill you."

4. The same officer removed property from Timothy's pockets and grabbed his

    crotch. As Timothy protested the unwelcome sexual assault, the assailant

    grabbed his crotch a second time.

5. Timothy was forced into the back seat of a car. Upon information and belief a

    black sedan. Upon information and belief, the car was not a police patrol.

6. Timothy does not know how long he was in the car because he blacked out.

7. Upon information and belief, Timothy was taken to the 20th precinct. Trere Timothy felt that a sergeant, John Doe 3, was digging something into his chest

    Saying: "Talk to me, Mr. Kennedy. If you don't talk to me, I'm going to keep doing this all night.

8. Upon information and belief, Timothy was held in the 20th precinct for an hour

    and 20 minutes before he was taken to the hospital.

9. Endangering his life, Timothy was taken to Saint Luke's Hospital instead of

    Roosevelt Hospital, which is closer to the place of the incident and/or the

*l*

20th

Precinct.

10. Timothy was on a respirator and remained shackled at the left wrist and left ankle. Timothy

    had intravenous tubes, a catheter, and a breathing tube attached to a respirator.

11. Later in the hospital, Timothy noticed that the skin that covered the chest in the area of the sternum was abraded away and a scab had formed over the wounded tissue.

12. While Timothy was in the hospital, a police officer from the 26th precinct,

    John Doe 4, ordered a nurse to remove a bandage she had placed around

    Timothy's ankle to protect raw skin from the the abrasions caused by the shackle.

    Police officers came to the hospital twice to take Timothy's fingerprints. Twice

    Investigators from internal affairs came to ask questions, but Timothy remained

    silent.

13. Timothy was discharged on or about Thursday afternoon, March 3rd, 2012. On that day, two police officers, John Doe 5 and John Doe 6 came to pick up Timothy. The discharging nurse handed Timothy private and confidential medical information, but one of the police officers, John Doe 5, grabbed the paper work and started to read it. Indeed, John Doe 5 and John Doe 6 discussed the medical information and one of them asked Timothy if he had HIV. While John Doe 5 and John Doe 6 were discussing Timothy's private and confidential medical information, John doe 5 and John Doe 6 laughed. This situation caused Timothy considerable distress without even considering Timothy's fragility upon being released.

2

14. During Timothy's discharge, the hospital staff handed him a portion of the shredded remains of his clothing.

15. After that, Timothy was taken to the 20th precinct and held for 3 hours in a cell, waiting for the arresting officers to transport him to 100 Centre St. Timothy was not permitted to call his lawyer.

16. Officer Domme arrived later to transport Timothy to 100 Centre St. for arraignment. Officer Domme forced Timothy to wait outside for 10 or 15 minutes without a skirt or jacket in freezing temperatures, saying: "I hope it's cold for you." This was done with the sole purpose to cause distress and to recklessly endanger Timothy's health.

17. Timothy was neither charged with a crime nor told his rights.

18. On Thursday night, March 3rd, Timothy was taken to his arraignment. Timothy spent approximately 5 days under arrest without having access to the judge.

19. After his release, Timothy attempted to retrieve his property and found that an antique gold eyeglass was missing. Timothy tried to file a grand larceny report at the 20th precinct for the missing property, but the police officer, John Doe 7, refused to file a report. The antique gold eyeglass was valued at $5,500.00.

20. At the moment, Timothy is awaiting the results of an appeal of his false conviction for "attempted criminal mischief" by Judge Thomas Farber. The conviction was based solely on the false testimony of Jane Doe Francesca Zambello, whose perjured testimony under oath included a detailed description of a lineup which never took place, as the judge and district attorney were both well aware, and in which she claimed under oath to have picked Timothy out of a lineup and positively identified.

21. Upon information, both Timothy's family members, friends, and hospital staff were told falsely that Mr. Kennedy had been "caught in the act of slashing

police tires."

22. First cause of action false arrest and imprisonment.

23. Second cause of action malicious prosecution.

24. Third cause of action Failure to instruct, supervise, and control directed against the City of New York cognizable under Monnell and 42 U.S.C. Section 1983.

25. Fourth cause of action Intentional Infliction of Emotional Distress.

26. Fifth cause of action False arrest and imprisonment under 42 U.S.C. Section 1983.

27. Sixth cause of action False arrest and imprisonment under 42 U.S.C. Section 1983.

28. Seventh cause of action Excessive Use of Force under 42 U.S.C. Section 1983.

29. Eighth cause of action illegal search and seizure under 42 U.S.C. Section 1983.

30. Ninth cause of actionBattery.

31. Tenth cause of action Assault.

32. Eleventh cause of action Defamation.

4

New York, N.Y.

November 26, 2013

*[signature]*

Timothy J. Kennedy

230 West 82nd Street

New York, N.Y. 10024

5

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

a. compensatory damages
b. punitive/damages
c. Cost of suit and attorneys fees pursuant 42 U.S.C. Section 1988
d. Such other relief as the court deems just and proper

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of November, 2013.

Signature of Plaintiff _____

Mailing Address  230 W. 82nd St #1D
New York, N.Y. 10024

Telephone Number  (212) 787-1638

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010